# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **DENISE DAVELLA, on behalf of herself and all others similarly situated,**<br>*Plaintiff*,<br><br>**v.**<br><br><br>**ELLIS HOSPITAL, INC. d/b/a ELLIS MEDICINE,**<br>*Defendant*, | **Civil Action No.1:20-cv-00726-MAD-MJK**<br><br>**ORDER APPROVING ADDITIONAL FLSA NOTICE PERIOD** |

The Court has received the Parties Notice and Stipulation of Additional FLSA Notice Period (ECF No. 160). The Court hereby **ORDERS** a second opt-in period of sixty (60) days from the date of the mailing of the second notice. Plaintiff's counsel shall file a notice informing the Court of the date of the second mailing.

**IT IS SO ORDERED.**

Dated: _____

_____
U.S. Magistrate Judge Mitchell J. Katz